1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel
3  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
4      Social Security Administration
       160 Spear Street, Suite 800
5      San Francisco, CA 94105
       Telephone: (510) 970-4829
6      Facsimile: (415) 744-0134
   Attorneys for Defendant
7

8

9

10                    UNITED STATES DISTRICT COURT

11                    EASTERN DISTRICT OF CALIFORNIA

12                              FRESNO DIVISION

13

14                                        | No. 1:21-cv-00991-SKO
   ORALIA GARCIA ESPARZA,
15                                        |
              Plaintiff,                  | STIPULATION AND ORDER FOR EXTENSION
16                                        | TO FILE DEFENDANT'S OPPOSITION TO
   v.                                     | PLAINTIFF'S OPENING BRIEF
17
   KILOLO KIJAKAZI,                       | (Doc. 18)
18   Acting Commissioner of Social Security,

19            Defendant.[1]

20       IT IS HEREBY STIPULATED, by and between Oralia Garcia Esparza (Plaintiff) and

21  Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their

22  respective counsel of record, that, with the Court's approval, Defendant shall have an extension of

23  time of sixty (60) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first

24

25
---
26  [1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant
    to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted,
27  therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to
    continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
28  U.S.C. § 405(g).

request for an extension on her Response to Plaintiff's Opening Brief. The current due date is April 22, 2022. The new date will be June 21, 2022. All other deadlines will extend accordingly.

Good cause exists for this request. Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has seventy-one other active cases in various stages of litigation, 21 responsive briefs due in the next 60 days, and three oral arguments scheduled before the Ninth Circuit in May. Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended. Defendant also will be out of the office on leave from May 9 - May 13. Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily. Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: March 21, 2022                    */s/ Jonathan Omar Pena*
                                        JONATHAN OMAR PENA
                                        Attorney for Plaintiff
                                        (as approved via email)

                                        PHILLIP A. TALBERT
                                        United States Attorney

DATE: March 21, 2022          By        *s/ Margaret Lehrkind*
                                        MARGARET LEHRKIND
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant

///
///
///
///
///
///
///
///
///

2

ORDER

Pursuant to the foregoing stipulation (Doc. 18), and for good cause shown,

IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including June 21, 2022, to file their response to Plaintiff's opening brief.  All other dates in the Scheduling Order (Doc. 11) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **March 22, 2022**              /s/ *Sheila K. Oberto*
                                                                        UNITED STATES MAGISTRATE JUDGE