PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ORALIA GARCIA ESPARZA,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | No. 1:21-cv-00991-SKO<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(Doc. 20) |

    IT IS HEREBY STIPULATED, by and between Oralia Garcia Esparza (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

second request for an extension on her Response to Plaintiff's Opening Brief.  The current due date is June 21, 2022. The new date will be July 21, 2022. All other deadlines will extend accordingly.

Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been unable to work the week of June 13 through June 17 because her 2 year old daughter and her husband tested positive for COVID-19 and both became very sick.  It is likely her daughter contracted the virus at her daycare, which had to close down for the entire week because of the number of positive cases.  Now on June 16, 2022, Defendant's counsel has tested positive for the virus and expects that she will be out of the office for most of the week of June 20 through June 24.  Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: June 17, 2022   */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
United States Attorney

DATE: June 17, 2022   By   *s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

2

**ORDER**

Based upon the foregoing stipulation of the parties (Doc. 20), and for good cause shown, *see* Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including July 21, 2022, in which to file her response to Plaintiff's Motion for Summary Judgment. All other deadlines set forth in the Scheduling Order (Doc. 11) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **June 21, 2022**                        /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE