PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
    Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| ORALIA GARCIA ESPARZA,<br><br>    Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:21-cv-00991-SKO<br><br>STIPULATION TO REMAND AND ORDER<br><br>(Doc. 22) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final

Stip. to Remand; 1:21-cv-00991-SKO; Order

judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this 21st day of July, 2022.

Dated:  July 22, 2022            /s/ *Jonathan O. Peña*
                                 JONATHAN O. PEÑA
                                 Attorney for Plaintiff
                                 (as approved via email)

Dated:  July 22, 2022            PHILLIP A. TALBERT
                                 United States Attorney


                        By:      /s/ *Margaret Lehrkind*
                                 MARGARET LEHRKIND
                                 Special Assistant United States Attorney

                                 Attorneys for Defendant


## **ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") (Doc. 22), and for cause shown,

**IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

The Clerk of Court shall enter a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner.  The Clerk shall also administratively close this file.

IT IS SO ORDERED.

Dated:  **July 22, 2022**              /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE


Stip. to Remand; 1:21-cv-00991-SKO; Order